UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Winthrop Resources Corporation,<br>a Minnesota corporation, | Civil File No. 07-CV-3330 PAM/JSM |
| Plaintiff, | **ORDER OF DISMISSAL<br>WITH PREJUDICE** |
| Applied Financial, Inc. f/k/a Applied Financial, LLC,<br>Meridian Bank, N.A., Marquette Equipment<br>Finance, LLC, and Republic Bank, Inc. | |
| Defendants. | |

Based upon the foregoing Notice of Dismissal with Prejudice,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice. The Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  October 12, 2007          BY THE COURT:

                                                          s/Paul A. Magnuson
                                                          Paul A. Magnuson, Judge
                                                          United States District Court